UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPERIOR COURT OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-02149-TLN-EFB (PC)<br><br>**ORDER** |

　　　　Plaintiff James Curtis Kern ("Plaintiff") proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 20, 2025, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. This deadline has passed and neither party has filed objections.

　　　　The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").

1

1 | Having reviewed the file, the Court finds the findings and recommendations to be supported by
2 | the record and by the proper analysis.
3 |      Accordingly, IT IS HEREBY ORDERED that:
4 |     1.  The findings and recommendations filed February 20, 2025, (ECF No. 7), are
5 |        ADOPTED in full;
6 |     2.  The case is DISMISSED without leave to amend for failure to state a claim; and
7 |     3.  The Clerk of Court is directed to CLOSE the case.
8 | DATED: April 7, 2025

                         TROY L. NUNLEY
                         CHIEF UNITED STATES DISTRICT JUDGE